# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Judicial Watch, Inc.**, | No. 18-cv-154 RBW |
| Plaintiff, | Hon. Reggie B. Walton<br>United States District Judge |
| v. | |
| **U.S. Department of Justice**, | |
| Defendant. | |

## Notice of Recent Development

Attached is a letter dated July 23, 2018, from Laurence Brewer, Chief Records Office at the National Archives and Records Administration, to Mr. Jeffrey C. Dutton, Agency Records Officer, Federal Bureau of Investigation, addressing the Department of Justice Office of Inspector General report issued June 14, 2018, and the alleged loss of text messages.

1

Dated:  August 9, 2018						Respectfully submitted,

								CHAD A. READLER
								Acting Assistant Attorney General

								ELIZABETH J. SHAPIRO
								Deputy Branch Director

								 /s/ *Garrett Coyle*
								GARRETT COYLE
								Trial Attorney
								U.S. Department of Justice
								Civil Division, Federal Programs Branch
								20 Massachusetts Avenue NW
								Washington, DC  20530
								Tel:  (202) 616-8016
								Fax:  (202) 616-8470
								Email:  garrett.coyle@usdoj.gov

								*Attorneys for Defendant*
								*United States Department of Justice*



NATIONAL ARCHIVES *and* RECORDS ADMINISTRATION
8601 ADELPHI ROAD    COLLEGE PARK, MD 20740-6001
*www.archives.gov*

*Sent Via Email. No Hard Copy to Follow.*

July 23, 2018

Mr. Jeffrey C. Dutton
Agency Records Officer
Federal Bureau of Investigation
Information Management Division
170 Marcel Drive
Winchester, VA 22602
jcdutton@fbi.gov

Dear Mr. Dutton:

The National Archives and Records Administration (NARA) has reviewed the Department of Justice (DOJ) Office of Inspector General (OIG) report issued June 14, 2018, regarding the loss of text messages from both agency-issued and personal devices as well as emails pertaining to FBI official business sent or received via personal, non-government accounts.

The FBI's initial response to our inquiry (correspondence from Stephen P. Rees to Laurence Brewer dated March 6, 2018) stated the FBI was not aware of any records, as defined by the Federal Records Act, lost, destroyed, or alienated as a result of the partial failure to collect and retain text messages sent/received on FBI mobile devices. In follow-up communications, the FBI identified text messages as transitory records, and as such they should be deleted when no longer needed by the creator/recipient. In cases where a text message is deemed a non-transitory record, employees are required to follow recordkeeping policies as established under *DOJ RM Policy Guide 4.8.14, Capturing and Preserving Electronic Records*, and *4.8.21, Electronic Information Sharing Technologies*.

The OIG report cited concerns regarding Department retention of text messages and recommended taking steps to improve the retention and monitoring of text messages Department-wide, but did not identify an unauthorized disposal or removal of records.

The OIG report did establish the use of personal email accounts to conduct official business by Director James Comey and Deputy Assistant Director Peter Strzok; however, both testified that they copied/forwarded those emails to their government accounts as required. While personal email accounts were used, no loss or removal of records occurred because emails were copied/forwarded to the appropriate government accounts.

After a careful review of the FBI's initial response to our inquiry, follow-up communications, and the OIG report, there is no evidence of unauthorized disposal or removal of federal records. We consider this case closed.

Thank you for your attention to this matter.

Sincerely,

*[signature: Laurence N. Brewer]*

LAURENCE BREWER
Chief Records Officer
for the U.S. Government

CC:
Michael Allen
michael.allen3@usdoj.gov

Jeanette Plante
jeanette.plante@usdoj.gov