UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Judicial Watch, Inc.**,<br><br>                           Plaintiff,<br><br>v.<br><br>**U.S. Department of Justice**,<br><br>                           Defendant. | No. 18-cv-154 RBW<br><br>Hon. Reggie B. Walton<br>United States District Judge |

**JOINT STATUS REPORT**

In accordance with the Court's order on May 21, 2018, plaintiff Judicial Watch, Inc. and defendant U.S. Department of Justice report as follows:

1. This is a Freedom of Information Act (FOIA) case seeking records from the Federal Bureau of Investigation. Judicial Watch's FOIA request sought three categories of documents, all for the time frame of February 1, 2015, to the present:

    a. Any and all records of communications, including but not limited to, emails, text messages and instant chats, between FBI official Peter Strozk and FBI attorney Lisa Page;

    b. Any and all travel requests, travel authorizations, travel vouchers and expense reports of Peter Strozk; and

    c. Any and all travel requests, travel authorizations, travel vouchers and expense reports of Lisa Page.

2. The FBI has identified about 13,000 pages of potentially responsive records for category (a).

3. Between May 21 and June 29, 2018, the FBI processed 500 pages of potentially responsive records for category (a). In a response sent to Judicial Watch on June 29, 2018, the FBI produced in whole or in part 85 pages of responsive records.

4. Between June 29 and July 29, 2018, the FBI processed 500 pages of potentially

responsive records for category (a). In a response sent to Judicial Watch on July 31, 2018, the FBI produced in whole or in part 9 pages of responsive records.

5. Between July 29 and August 29, 2018, the FBI processed 500 pages of potentially responsive records for category (a). In a response sent to Judicial Watch on August 29, 2018, the FBI produced in whole or in part 40 pages of responsive records.

| | |
|---|---|
| Dated: September 4, 2018 | Respectfully submitted, |
| */s/ Michael Bekesha* <br> Michael Bekesha <br> D.C. Bar No. 995749 <br> JUDICIAL WATCH, INC. <br> 425 Third Street SW, Suite 800 <br> Washington, DC 20024 <br> Phone: (202) 646-5172 <br><br> Counsel for Plaintiff <br> Judicial Watch, Inc. | CHAD A. READLER <br> Acting Assistant Attorney General <br><br> ELIZABETH J. SHAPIRO <br> Deputy Branch Director <br><br> */s/ Garrett Coyle* <br> GARRETT COYLE <br> Trial Attorney <br> U.S. Department of Justice <br> Civil Division, Federal Programs Branch <br> 20 Massachusetts Avenue NW <br> Washington, DC 20530 <br> Phone: (202) 616-8016 <br> Fax: (202) 616-8470 <br> Email: garrett.coyle@usdoj.gov <br><br> Counsel for Defendant <br> U.S. Department of Justice |