## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| **Judicial Watch, Inc.**, <br><br>                    Plaintiff, <br><br> v. <br><br> **U.S. Department of Justice**, <br><br>                    Defendant. | No. 18-cv-154 RBW <br><br> Hon. Reggie B. Walton <br> United States District Judge |

## JOINT STATUS REPORT

In this FOIA case seeking travel records of and communications between former Federal Bureau of Investigation employees Peter Strzok and Lisa Page, plaintiff Judicial Watch, Inc. and defendant U.S. Department of Justice agreed following the restoration in appropriations to resume the production schedule previously adopted by the Court. *See* Joint Status Report, Jan. 31, 2019, ECF No. 21. In accordance with that agreement, the parties report as follows:

1.      Between January 29 and February 28, 2019, the FBI processed 500 pages of potentially responsive records. In a response sent to Judicial Watch on February 28, 2019, the FBI produced in whole or in part 331 pages of responsive records.

2.      Between February 28 and March 29, 2019, the FBI processed 500 pages of potentially responsive records. In a response sent to Judicial Watch on March 29, 2019, the FBI produced in whole or in part 345 pages of responsive records.

Dated: April 1, 2019

/s/ Michael Bekesha
Michael Bekesha
D.C. Bar No. 995749
JUDICIAL WATCH, INC.
425 Third Street SW, Suite 800
Washington, DC 20024
Phone: (202) 646-5172

Counsel for Plaintiff
Judicial Watch, Inc.

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

 /s/ Garrett Coyle
GARRETT COYLE
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 616-8016
Fax: (202) 616-8470
Email: garrett.coyle@usdoj.gov

Counsel for Defendant
U.S. Department of Justice