# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| **Judicial Watch, Inc.**, | No. 18-cv-154 RBW |
| Plaintiff, | Hon. Reggie B. Walton<br>United States District Judge |
| v. | |
| **U.S. Department of Justice**, | |
| Defendant. | |

## JOINT STATUS REPORT

This FOIA case seeks travel records of and communications between former Federal Bureau of Investigation employees Peter Strzok and Lisa Page. In accordance with the Court's minute order dated March 20, 2020, plaintiff Judicial Watch, Inc. and defendant U.S. Department of Justice report as follows:

1. As previously explained in the FBI's motion for a stay in light of the coronavirus pandemic (ECF No. 29), the staff in the FBI section responsible for processing FOIA requests, the Records/Information Dissemination Section (RIDS), have been designated as not mission-critical and were sent home as of March 17, 2020. RIDS staff cannot telework and process records responsive to Judicial Watch's FOIA request because the systems they work on are located on the FBI's SECRET-level classified enclave. While the FBI previously anticipated that RIDS staff would return to work on March 30, 2020, the coronavirus situation remained fluid and the FBI anticipated that it might need to reassess the return-to-work date as circumstances changed.

2. Because of the developing coronavirus circumstances, the FBI now anticipates that RIDS staff will return to work on a limited basis no earlier than April 27, 2020. Michael G. Seidel Decl. ¶ 8. No FOIA productions will be made until at least April 27, 2020. Seidel Decl. ¶ 8. In

light of the changing circumstances, this anticipated return-to-work date is subject to continued reassessment. Seidel Decl. ¶ 8.

3. The parties therefore respectfully propose that the Court order the parties to file a joint status report by May 4, 2020, proposing a schedule governing further proceedings in this case.

Dated: April 13, 2020

*/s/ Michael Bekesha*
Michael Bekesha
D.C. Bar No. 995749
JUDICIAL WATCH, INC.
425 Third Street SW, Suite 800
Washington, DC 20024
Phone: (202) 646-5172

Counsel for Plaintiff
Judicial Watch, Inc.

Respectfully submitted,

HASHIM M. MOOPPAN
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

 */s/ Garrett Coyle*
GARRETT COYLE
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 616-8016
Fax: (202) 616-8470
Email: garrett.coyle@usdoj.gov

Counsel for Defendant
U.S. Department of Justice