# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| **Judicial Watch, Inc.**, | No. 18-cv-154 RBW |
| Plaintiff, | Hon. Reggie B. Walton<br>United States District Judge |
| v. | |
| **U.S. Department of Justice**, | |
| Defendant. | |

## JOINT STATUS REPORT

This FOIA case seeks travel records of and communications between former Federal Bureau of Investigation employees Peter Strzok and Lisa Page. In accordance with the Court's minute orders dated June 26 and December 16, 2020, plaintiff Judicial Watch, Inc. and defendant U.S. Department of Justice report as follows:

1. Between October 1 and October 29, 2020, the FBI processed 500 pages of potentially responsive records and released in whole or in part 282 pages of responsive records to Judicial Watch.

2. Between November 1 and November 30, 2020, the FBI processed 501 pages of potentially responsive records and released in whole or in part 353 pages of responsive records to Judicial Watch.

3. Since December 1, 2020, the FBI has processed 250 pages of potentially responsive records and has released or will release in whole or in part 38 pages of responsive records to Judicial Watch.

| | |
|---|---|
| Dated: December 18, 2020 | Respectfully submitted, |
| | |
| */s/ Michael Bekesha* | JEFFREY BOSSERT CLARK |
| Michael Bekesha | Acting Assistant Attorney General |
| D.C. Bar No. 995749 | |
| JUDICIAL WATCH, INC. | ELIZABETH J. SHAPIRO |
| 425 Third Street SW, Suite 800 | Deputy Branch Director |
| Washington, DC 20024 | |
| Phone: (202) 646-5172 | */s/ Garrett Coyle* |
| | GARRETT COYLE |
| Counsel for Plaintiff | Trial Attorney |
| Judicial Watch, Inc. | U.S. Department of Justice |
| | Civil Division, Federal Programs Branch |
| | 1100 L Street NW |
| | Washington, DC 20005 |
| | Phone: (202) 616-8016 |
| | Fax: (202) 616-8470 |
| | Email: garrett.coyle@usdoj.gov |
| | |
| | Counsel for Defendant |
| | U.S. Department of Justice |