UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **Judicial Watch, Inc.**, <br><br> Plaintiff, <br><br> v. <br><br> **U.S. Department of Justice**, <br><br> Defendant. | No. 18-cv-154 RBW <br><br> Hon. Reggie B. Walton <br> United States District Judge |

**NOTICE OF FBI RECORDS/INFORMATION DISSEMINATION SECTION'S RETURN TO 100% STAFFING POSTURE**

This FOIA case seeks travel records of and communications between former Federal Bureau of Investigation employees Peter Strzok and Lisa Page. The Court's December 16, 2020 minute order granted the FBI's unopposed motion to modify the processing rate in light of the COVID-19 pandemic's effect on FBI FOIA operations. The minute order also directed the FBI to promptly notify the Court as soon as the FBI's Records/Information Dissemination Section (RIDS) is able to return to a 100% staffing posture. In accordance with that order, the FBI respectfully notifies the Court as follows:

1. Effective April 12, 2021, RIDS returned to full staffing levels.

2. Before the reduction in staffing levels, the Court had ordered the FBI to process 500 pages of potentially responsive records each month and release any responsive, non-exempt records to plaintiff Judicial Watch, Inc. Minute Order, June 26, 2020. As a result of RIDS's return to full staffing levels, the FBI anticipates being able to return to that prior processing rate of 500 pages per month beginning in May 2021.

3. Counsel for Judicial Watch has authorized government counsel to represent that Judicial Watch consents to a return to the prior processing rate of 500 pages per month beginning

in May 2021.

Dated: April 30, 2021  Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

 /s/ *Garrett Coyle*
GARRETT COYLE
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 616-8016
Fax: (202) 616-8470
Email: garrett.coyle@usdoj.gov

Counsel for Defendant
U.S. Department of Justice