UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **Judicial Watch, Inc.**, <br><br> Plaintiff, <br><br> v. <br><br> **U.S. Department of Justice**, <br><br> Defendant. | No. 18-cv-154 RBW <br><br> Hon. Reggie B. Walton <br> United States District Judge |

**JOINT STATUS REPORT**

This FOIA case seeks travel records of and communications between former Federal Bureau of Investigation employees Peter Strzok and Lisa Page. In accordance with the Court's minute orders dated June 26 and December 16, 2020, plaintiff Judicial Watch, Inc. and defendant U.S. Department of Justice report as follows:

1. Between October 1 and October 31, 2021, the FBI processed 500 pages of potentially responsive records and produced in whole or in part 208 pages of responsive records to Judicial Watch.

2. Between November 1 and November 30, 2021, the FBI processed 500 pages of potentially responsive records and produced in whole or in part 260 pages of responsive records to Judicial Watch.

3. Between December 1 and December 30, 2021, the FBI processed 500 pages of potentially responsive records and produced in whole or in part 184 pages of responsive records to Judicial Watch.

4. In accordance with the Court's minute orders dated June 26 and December 16, 2020, the parties will file another status report advising the Court of the FBI's progress in

processing the request on or before April 1, 2022.

Dated: January 3, 2022                                            Respectfully submitted,

/s/ Michael Bekesha                                               BRIAN M. BOYNTON
Michael Bekesha                                                   Acting Assistant Attorney General
D.C. Bar No. 995749
JUDICIAL WATCH, INC.                                              ELIZABETH J. SHAPIRO
425 Third Street SW, Suite 800                                    Deputy Branch Director
Washington, DC 20024
Phone: (202) 646-5172                                              /s/ Garrett Coyle
                                                                  GARRETT COYLE
Counsel for Plaintiff                                             Trial Attorney
Judicial Watch, Inc.                                              U.S. Department of Justice
                                                                  Civil Division, Federal Programs Branch
                                                                  1100 L Street NW
                                                                  Washington, DC 20005
                                                                  Phone: (202) 616-8016
                                                                  Fax: (202) 616-8470
                                                                  Email: garrett.coyle@usdoj.gov

                                                                  Counsel for Defendant
                                                                  U.S. Department of Justice