UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **Judicial Watch, Inc.**,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**U.S. Department of Justice**,<br><br>　　　　　　　　　　Defendant. | No. 18-cv-154 RBW<br><br>Hon. Reggie B. Walton<br>United States District Judge |

**JOINT STATUS REPORT**

　　　This FOIA case seeks travel records of and communications between former Federal Bureau of Investigation employees Peter Strzok and Lisa Page. In accordance with the Court's minute orders dated June 26 and December 16, 2020, plaintiff Judicial Watch, Inc. and defendant U.S. Department of Justice report as follows:

　　　1.　　The FBI has finished its initial processing of potentially responsive records. The only remaining potentially responsive records to be processed are approximately 1,650 pages on which the FBI is consulting with other agencies or components. The FBI is processing these consultations as it receives responses from the other agencies and components.

　　　2.　　Between April 1 and April 30, 2022, the FBI processed 219 pages of potentially responsive records and released in whole or in part 153 pages of responsive records to Judicial Watch.

　　　3.　　Between May 1 and May 31, 2022, the FBI processed 150 pages of potentially responsive records and released in whole or in part 121 pages of responsive records to Judicial Watch.

　　　4.　　In accordance with the Court's minute orders dated June 26 and December 16,

2020, the parties will file another status report advising the Court of the FBI's progress in processing the request on or before October 3, 2022.

| | |
|---|---|
| Dated: June 13, 2022 | Respectfully submitted, |
| | |
| /s/ Michael Bekesha | BRIAN M. BOYNTON |
| Michael Bekesha | Principal Deputy Assistant Attorney General |
| D.C. Bar No. 995749 | |
| JUDICIAL WATCH, INC. | ELIZABETH J. SHAPIRO |
| 425 Third Street SW, Suite 800 | Deputy Branch Director |
| Washington, DC 20024 | |
| Phone: (202) 646-5172 | /s/ Garrett Coyle |
| | GARRETT COYLE |
| Counsel for Plaintiff | Trial Attorney |
| Judicial Watch, Inc. | U.S. Department of Justice |
| | Civil Division, Federal Programs Branch |
| | 1100 L Street NW |
| | Washington, DC 20005 |
| | Phone: (202) 616-8016 |
| | Fax: (202) 616-8470 |
| | Email: garrett.coyle@usdoj.gov |
| | |
| | Counsel for Defendant |
| | U.S. Department of Justice |