# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| **Judicial Watch, Inc.**, | No. 18-cv-154 RBW |
| Plaintiff, | Hon. Reggie B. Walton<br>United States District Judge |
| v. | |
| **U.S. Department of Justice**, | |
| Defendant. | |

## JOINT STATUS REPORT

This FOIA case seeks travel records of and communications between former Federal Bureau of Investigation employees Peter Strzok and Lisa Page. In accordance with the Court's minute orders dated June 26 and December 16, 2020, plaintiff Judicial Watch, Inc. and defendant U.S. Department of Justice report as follows:

1. The FBI has finished its initial processing of potentially responsive records. The only remaining potentially responsive records to be processed are approximately 1,200 pages on which the FBI is consulting with other agencies or components. The FBI is processing these consultations as it receives responses from the other agencies and components.

2. Between June 1 and June 30, 2022, the FBI processed 66 pages of potentially responsive records and released in whole or in part 53 pages of responsive records to Judicial Watch.

3. Between July 1 and July 31, 2022, the FBI processed 15 pages of potentially responsive records and released in whole or in part 15 pages of responsive records to Judicial Watch.

4. Many of the remaining potentially responsive records on which the FBI is

consulting with other agencies and components implicate the equities of multiple agencies and components. Although the FBI received consultation responses on some potentially responsive records from other agencies and components between August 1 and September 30, 2022, the FBI has not yet received consultation responses from all of the relevant agencies and components on any of these records. The FBI accordingly did not release any non-exempt responsive records to Judicial Watch between August 1 and September 30, 2022.

5. In accordance with the Court's minute orders dated June 26 and December 16, 2020, the parties will file another status report advising the Court of the FBI's progress in processing the request on or before January 3, 2023.

Dated: October 3, 2022

Respectfully submitted,

/s/ Michael Bekesha
Michael Bekesha
D.C. Bar No. 995749
JUDICIAL WATCH, INC.
425 Third Street SW, Suite 800
Washington, DC 20024
Phone: (202) 646-5172

Counsel for Plaintiff
Judicial Watch, Inc.

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

 /s/ Garrett Coyle
GARRETT COYLE
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 616-8016
Fax: (202) 616-8470
Email: garrett.coyle@usdoj.gov

Counsel for Defendant
U.S. Department of Justice